

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-24-00052-CV

---

D. DAVENPORT, Appellant

V.

INDIAN CREEK LP, Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2023-03365-JP

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Vacate Judgment and Dismiss Case," in which the parties state that they "have settled this matter" and "have agreed to vacatur of the trial court's judgment and to dismissal of the case with prejudice." *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(e). The parties further state that they have agreed that each will bear its own attorney's fees and costs, with the caveat that Appellant D. Davenport is not required to pay court costs because she filed a Statement of Inability to Afford Costs in the trial court and is thus presumed indigent on appeal. *See* Tex. R. App. P. 20.1(b)(1)–(2).

We grant the motion. Effectuating the parties' agreement, we vacate the trial court's January 3, 2024 Final Judgment and dismiss the case with prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(e); *Benson-Cooks v. Transitional Hosps. Corp. of Tex., Inc.*, No. 02-19-00035-CV, 2020 WL 370574, at *1 (Tex. App.—Fort Worth Jan. 23, 2020, no pet.) (mem. op.).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: June 6, 2024